**CITY AND COUNTY OF DENVER,
a municipal corporation of the
State of Colorado, Petitioner,**

v.

**MONAGHAN FARMS, INC., Respondent.**

No. 92SC132.

Supreme Court of Colorado.

Nov. 16, 1992.

Certiorari to the Colorado Court of Appeals, 90CA0223.

ORDER OF COURT

Upon consideration of the Joint Motion for Dismissal of Appeal with Prejudice and Remand to the District Court filed in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Joint Motion shall be, and the same hereby is, GRANTED.